IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-CR- 235 - HA |
| v. | FELONY INDICTMENT |
| DENNIS BEETHAM, and D.B. WESTERN INC., | 18 U.S.C. § 2 42 U.S.C. § 6928(d)(2)(A) (Storage/Disposal Hazardous Waste) |
| Defendants. | |

**UNDER SEAL**

THE GRAND JURY CHARGES:

## I. BACKGROUND

1.      Defendant Dennis Beetham (BEETHAM) is the owner and president of D.B. Western, Inc., (D.B. WESTERN) and several affiliated corporations.  D.B. WESTERN designs, fabricates and operates formaldehyde and resin production plants around the world.

2.      Formaldehyde like that manufactured by D.B. WESTERN is used in a wide variety of products, from textiles to wood products.

3.      The formaldehyde product manufactured by D.B. WESTERN is liquid in form. However, the liquid formaldehyde can begin to harden if it is not maintained under certain conditions.  Hardened formaldehyde is often referred to as polymerized liquid formaldehyde (PLF).

4.      BEETHAM was also an owner of a ranch located in Powell Butte, Oregon (near Prineville, Oregon), at all times relevant to this Indictment.  The ranch is over five hundred acres in size and includes a large cinder cone (hereafter "the cinder cone").  The ranch is known as the Cinder Lakes Ranch.

5.      During the period 2005 through August 2007, a large quantity of industrial waste was shipped from D.B. WESTERN facilities to the Cinder Lakes Ranch.  On several occasions during this period, defendant DENNIS BEETHAM ordered men working at the Cinder Lakes Ranch to dump this waste into the cinder cone located on the Cinder Lakes Ranch.  The waste dumped into the cinder cone on BEETHAM's orders included a quantity of PLF.  BEETHAM also ordered ranch hands to dump a drum containing waste nitric acid into the cinder cone

6.      Also during the period 2005 through August 2007, defendant DENNIS BEETHAM ordered employees to ship disused components from various D.B. WESTERN facilities to the Cinder Lakes Ranch.  These parts, mostly tanks, vessels and piping assemblies, had been used as formaldehyde processing equipment and were contaminated with hardened formaldehyde or PLF.  BEETHAM stored the contaminated components over a period of several years.

7.      Neither defendants BEETHAM and D.B. WESTERN nor the Cinder Lakes Ranch had a permit to dispose of or store hazardous waste at the Cinder Lakes Ranch in Powell Butte, Oregon, as provided for in Title 42, United States Code, Section 6925 and Oregon Revised Statutes 466.110-170.

## II.    RESOURCE CONSERVATION AND RECOVERY ACT

8.      The Resource Conservation and Recovery Act ("RCRA") regulates the handling of hazardous wastes from "cradle to grave" – that is, from the creation of a waste through its disposal. RCRA prohibits the treatment, storage and disposal of any listed or identified hazardous waste without interim status or a permit issued under Title 42, United States Code, Sections 6925 or 6926 by the United States Environmental Protection Agency (EPA) or an authorized state.

**PAGE 2 – INDICTMENT**
*Unites States v. D.B. Western, Inc., et al.*

9.    RCRA and the regulations enacted to enforce the law identify and list solid wastes which meet the definition of "hazardous." Wastes may be deemed "hazardous" under RCRA for a number of reasons, including whether they are flammable (ignitible), toxic, corrosive, or explosive, or whether they are specifically listed as a hazardous waste in the regulations (known as "listed" hazardous waste).

10.    Formaldehyde (whether liquid or polymerized liquid formaldehyde) is a listed hazardous waste when discarded. Specifically, formaldehyde waste is designated as U122 waste under Title 40, Code of Federal Regulations, Section 261.33 and Oregon Administrative Rule (OAR) Chapter 340, Division 100, Section 0002; see generally OAR Chapter 340, Divisions 100-106, 109, 111, 113, 120, 124 and 142.

11.    Nitric acid is a characteristic hazardous waste because it exhibits the characteristic of corrosivity – that is, it has a pH of less than 2 or greater than 12.5. Title 40, Code of Federal Regulations, Sections 261.20 and 261.22; OAR Chapter 340, Division 100, Section 0002. Nitric acid has been assigned waste code D002.

**COUNT I**
**(Knowing Violation of Laws and Regulations Related to Disposal of Hazardous Waste)**
**(Viol. 42 U.S.C. § 6928(d)(2)(A))**
**Disposal of PLF Waste in Cinder Cone**

12.    The allegations contained in Paragraphs One through Eleven are realleged and incorporated herein as though set forth in full.

13    Between June 2005 and August 2007, both dates being approximate and inclusive, in the District of Oregon, the defendants DENNIS BEETHAM and D.B. WESTERN INC. did knowingly dispose of hazardous waste without a permit, namely polymerized liquid formaldehyde, a listed U122 hazardous waste, at the Cinder Lakes Ranch in Powell Butte, Oregon, by dumping the hazardous waste into a cinder cone located on the ranch.

**PAGE 3 – INDICTMENT**
*Unites States v. D.B. Western, Inc., et al.*

All in violation of Title 42, United States Code, Section 6928(d)(2)(A) and Title 18, United States Code, Section 2.

## COUNT II
### (Knowing Violation of Laws and Regulations Related to Disposal of Hazardous Waste)
### (Viol. 42 U.S.C. § 6928(d)(2)(A))
### Disposal of Nitric Acid Waste in Cinder Cone

14.    The allegations contained in Paragraphs One through Eleven are realleged and incorporated herein as though set forth in full.

15.    Between June 2005 and August 2007, both dates being approximate and inclusive, in the District of Oregon, the defendants DENNIS BEETHAM and D.B. WESTERN INC. did knowingly dispose of hazardous waste without a permit, namely nitric acid, a characteristic D002 hazardous waste, at the Cinder Lakes Ranch in Powell Butte, Oregon, by dumping the hazardous waste into a cinder cone located on the ranch.

All in violation of Title 42, United States Code, Section 6928(d)(2)(A) and Title 18, United States Code, Section 2.

## COUNT III
### (Knowing Violation of Laws and Regulations Related to Storage of Hazardous Waste)
### (Viol. 42 U.S.C. § 6928(d)(2)(A))
### Storage of PLF Waste in Contaminated Machinery Parts

16.    The allegations contained in Paragraphs One through Eleven are realleged and incorporated herein as though set forth in full.

17.    Beginning on or about August 2005, and continuing to on or about August 2007, both dates being approximate and inclusive, in the District of Oregon, the defendants DENNIS BEETHAM and D.B. WESTERN INC. did knowingly store hazardous waste without a permit, namely polymerized liquid formaldehyde, a listed U122 hazardous waste, in metal machinery parts, at the Cinder Lakes Ranch in Powell Butte, Oregon.

PAGE 4 – INDICTMENT
*Unites States v. D.B. Western, Inc., et al.*        4

All in violation of Title 42, United States Code, Section 6928(d)(2)(A) and Title 18, United States Code, Section 2.

## COUNT IV
### (Knowing Violation of Laws and Regulations Related to Storage of Hazardous Waste) (Viol. 42 U.S.C. § 6928(d)(2)(A)) Storage of PLF Waste in Tanks

18.     The allegations contained in Paragraphs One through Eleven are realleged and incorporated herein as though set forth in full.

19.     Beginning on or about August 2005 and continuing to on or about August 2007, both dates being approximate and inclusive, in the District of Oregon, the defendants DENNIS BEETHAM and D.B. WESTERN INC. did knowingly store hazardous waste without a permit, namely polymerized liquid formaldehyde listed U122 hazardous waste, in metal tanks, at the Cinder Lakes Ranch in Powell Butte, Oregon.

All in violation of Title 42, United States Code, Section 6928(d)(2)(A)and Title 18, United States Code, Section 2.

DATED this 16th day of June, 2009.

A TRUE BILL.


FOREPERSON

KARIN J. IMMERGUT
United States Attorney for the
District of Oregon

DWIGHT C. HOLTON
Assistant United States Attorney


DAINA A. VITOLINS
Special Assistant United States Attorney

U.S. DEPARTMENT OF JUSTICE
Environmental Crimes Section

J. RONALD SUTCLIFFE
Senior Trial Attorney

**PAGE 5 – INDICTMENT**
*Unites States v. D.B. Western, Inc., et al.*          5