

Peter Ehrlichman, WSBA #6591
ehrlichman.peter@dorsey.com
Dorsey & Whitney LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98101-4010
Telephone: (206) 903-8825
Facsimile: (206) 260-9106

Responding Attorney for Dorsey & Whitney LLP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 09-CR-235-BR |
| v. | MOTION TO QUASH SUBPOENA DIRECTED TO |
| DENNIS BEETHAM AND D.B. WESTERN, INC. | DORSEY & WHITNEY LLP |

Dorsey & Whitney LLP, with offices in Seattle, Washington, a law firm formerly representing Kathy Woeck, a/k/a Kathy Beetham in the Circuit Court of the State of Oregon for the County of Crook, Case No. 07-DS-0108, *Beetham v. Beetham,* hereby moves to quash the *Subpoena To Testify At A Hearing Or Trial In a Criminal Case* issued in the entitled action on or about July 7, 2010 ("Subpoena"). This motion is based on the following objections:

## General Objections

1. The Subpoena is not enforceable as against Dorsey & Whitney LLP, based upon violations of Fed. R. Crim. P. 17 (2009). The Subpoena was mailed to the law firm, not served pursuant to Fed. R. Crim. P. 17(d).

2. The Subpoena impermissibly seeks the discovery of material protected by the attorney-client privilege.

3. The Subpoena impermissibly seeks the discovery of material protected by the work product doctrine.

Dorsey & Whitney LLP reserves the right to assert objections to the specific documents identified on Exhibit A to the Subpoena, without intending to suggest any documents responsive to the Subpoena exist and are available for production. Based on the foregoing objections, Dorsey & Whitney LLP does not plan on producing any documents at this time.

Respectfully submitted this 11th day of August 2010.

DORSEY & WHITNEY LLP

Peter S. Ehrlichman, WSBA #6591

## CERTIFICATE OF SERVICE

I certify that on the date below, I caused a true copy of the foregoing to be served on the following individuals in the manner indicated:

**Janet Lee Hoffman**
Hoffman Angeli LLP
1000 S.W. Broadway
Suite 1500
Portland, OR 97205

☐ Via Messenger
☐ Via Fax
☐ Via U.S. Mail
☐ Via ECF Notification
☐ Via E-mail
✗ Via Overnight Delivery

**Daina Arija Vitolins**
Crook County District Attorney
Crook County Courthouse
300 N.E. Third
Prineville, OR 97754

☐ Via Messenger
☐ Via Fax
☐ Via U.S. Mail
☐ Via ECF Notification
☐ Via E-mail
✗ Via Overnight Delivery

**Dwight C. Holton**
United States Attorney's Office
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204

☐ Via Messenger
☐ Via Fax
☐ Via U.S. Mail
☐ Via ECF Notification
☐ Via E-mail
✗ Via Overnight Delivery

**J. Ron Sutcliffe**
Department of Justice
Washington Group Plaza IV
800 Park Blvd, Suite 600
Boise, ID 83712

☐ Via Messenger
☐ Via Fax
☐ Via U.S. Mail
☐ Via ECF Notification
☐ Via E-mail
✗ Via Overnight Delivery

**Michelle Holman Kerin**
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204

☐ Via Messenger
☐ Via Fax
☐ Via U.S. Mail
☐ Via ECF Notification
☐ Via E-mail
✗ Via Overnight Delivery

DATED this 11th day of August, 2010.

Jan Young

**MOTION TO QUASH -3-**
CASE NO. 09-CR-235-BR
4846-1141-1975\1  8/10/2010