**DWIGHT C. HOLTON, OSB # 090540**
United States Attorney
**MICHELLE HOLMAN KERIN, OSB #965278**
Assistant United States Attorney
United States Attorney's Office
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
(503) 727-1000

**IGNACIA S. MORENO**
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
**STACEY H. MITCHELL**
Chief, Environmental Crimes Section
**J. RONALD SUTCLIFFE, ISB # 6236**
Senior Trial Attorney
800 Park Boulevard, Suite 600
Boise, ID  83712
(208) 334-9124
        Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 09-CR-235-BR |
| **Plaintiff,** | |
| vs. | |
| **DENNIS BEETHAM and** **D.B. WESTERN, INC.,** | **GOVERNMENT'S UNOPPOSED MOTION** **TO DISMISS INDICTMENT** |
| **Defendants.** | |

/ / /

/ / /

/ / /

United States Attorney Dwight C. Holton for the District of Oregon, by and through

Assistant United States Attorney Michelle Holman Kerin and Senior Trial Attorney, J. Ronald

Sutcliffe, moves this court to dismiss the Indictment in this matter with prejudice in the interests

of justice.  *United States v. Gonzales,* 58 F.3d 459, 461-462 (9th Cir. 1995).  Defendants do not

oppose this motion.

Dated this 19th day of August, 2010.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney
District of Oregon

*/s/ J. Ronald Sutcliffe*
J. RONALD SUTCLIFFE
Senior Trial Attorney,
USDOJ ENRD

*/s/ Michelle Holman Kerin*
MICHELLE HOLMAN KERIN
Assistant United States Attorney